**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**October 13, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

CALEB CHAMBERLAIN;
KRISTOPHER TRINDER, individuals,

    Plaintiffs - Appellees,

v.

CROWN ASSET MANAGEMENT, LLC,

    Defendant - Appellant.

No. 23-4097
(D.C. No. 1:21-CV-00146-DAK-JCB)
(D. Utah)

_____

**ORDER**

_____

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeal, this appeal is dismissed. _See_ Fed. R. App. P. 42(b)(1).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk